IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: Lausinya Nicole Gibson | ) | CASE NO. 23-57966-wlh |
| | ) | |
| | ) | CHAPTER 13 |
| Debtor. | ) | |
| -------------------------------------------------- | )-------------------------------------------------------------- | |
| RPM Living a/a/f | ) | |
| CFI Hillvale Road Apartments, LLC | ) | |
| d/b/a Arbor Crossing | ) | |
| | ) | |
| Movant | ) | CONTESTED MATTER |
| v. | ) | |
| | ) | |
| Lausinya Nicole Gibson | ) | |
| | ) | |
| Debtor | ) | |
| | ) | |
| Nancy J. Whaley, Trustee | ) | |
| | ) | |
| Respondents | ) | |

## NOTICE OF APPEARANCE

Pursuant to Rule 9010(b) of the Federal Rules of Bankruptcy Procedure, the law firm of

Self & Associates, LLC, through its undersigned member, hereby gives notice of its appearance

in this case on behalf of RPM Living a/a/f CFI Hillvale Road Apartments d/b/a Arbor Crossing,

and does hereby request that all notices required to be given under Bankruptcy Rule 2002,

including all papers, pleadings, and correspondence served or required to be served in this case,

or any related proceeding, be served upon the undersigned at the following address:

Ryan L. Young
Self & Associates, LLC
P.O. Box 13287
Atlanta, GA 30324
404-259-5648
Ryan@selfassociatesllc.com

In addition, the Clerk is requested to place the foregoing name and address on any mailing matrix and or list of creditors to be prepared or existing in this case.

Respectfully submitted, this 20th day of December, 2023.

> /s/ Ryan L. Young
> Ryan L. Young
> Attorney for Movant
> Self & Associates, LLC
> Ga. Bar No. 740213
> P.O. Box 13287
> Atlanta, GA 30324
> 404-259-5648
> Ryan@selfassociatesllc.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: Lausinya Nicole Gibson | ) | CASE NO. 23-57966-wlh |
| | ) | |
| | ) | CHAPTER 13 |
| Debtor. | ) | |
| ---------------------------------------------------- | )------------------------------------------------------------- | |
| RPM Living a/a/f | ) | |
| CFI Hillvale Road Apartments, LLC | ) | |
| d/b/a Arbor Crossing | ) | |
| | ) | |
| Movant | ) | CONTESTED MATTER |
| v. | ) | |
| | ) | |
| Lausinya Nicole Gibson | ) | |
| | ) | |
| Debtor | ) | |
| | ) | |
| Nancy J. Whaley, Trustee | ) | |
| | ) | |
| Respondents | ) | |

## CERTIFICATE OF SERVICE

I, Ryan L. Young, hereby certify that I am over the age of 18 and that on December 20th, 2023, I served a copy of the foregoing Notice of Appearance by first class U.S. Mail or using CM/ECF System, to the following persons or entities at the addresses stated:

Debtor:
**Lausinya Nicole Gibson**
912 Arbor Crossing Dr
Lithonia, GA 30058
lausinyangibson@hotmail.com

Attorneys for Debtor:
**Quenise Pointer**
The Semrad Law Firm, LLC
6125 Old National Hwy, Ste 121
College Park, GA 30349
678-668-7160
qpointer@semradlaw.com

**Willie Bruce Smith**
The Semrad Law Firm, LLC

6125 Old National Hwy, Ste 121
College Park, GA 30349
678-668-7160
WBSmith@semradlaw.com

**Aaron Weinberg**
The Semrad Law Firm LLC
6125 Old National Highway, Suite 121
College Park, GA 30349
312-256-8700
aweinberg_mom@semradlaw.com

Trustee:
**Nancy J. Whaley**
Nancy J. Whaley, Standing Ch. 13 Trustee
Suite 120, Truist Plaza Garden Offices
303 Peachtree Center Avenue
Atlanta, GA 30303
678-992-1201
ecf@njwtrustee.com

On this 20th day of December, 2023.

/s/ Ryan L. Young
Ryan L. Young
Attorney for Movant
Self & Associates, LLC
Ga. Bar No. 740213
*Attorney for Movant*